UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                 :
UNITED STATES OF AMERICA,            :         16cr559-3(DLC)
                                                 :
               -v-                          :              <u>ORDER</u>
                                                 :
CHRISTOPHER CANADA,                  :
                                                :
                      Defendant.         :
                                                :
------------------------------------X

DENISE COTE, District Judge:

    As set forth on the record at the conference held on June 24, 2022, it is hereby

    ORDERED that the C.J.A. counsel on duty this day, John Zach, is appointed to represent the defendant.

    SO ORDERED:

Dated:    New York, New York
           June 24, 2022

                                           DENISE COTE
                                 United States District Judge